Per Curiam.

(No. 75-CC-530– )

Leonard C. Buchanan, Claimant, vs. State of Illinois, Department of Mental Health, Respondent.

*Opinion filed April 11, 1975.*

LEONARD C. BUCHANAN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.